IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OMAR S. FOLK, : Civil No. 3:21-cv-1986
:
    Petitioner : (Judge Mariani)
:
v. :
:
CATRICIA HOWARD, WARDEN, :
:
    Respondent :

## ORDER

**AND NOW**, this 25th day of October, 2022, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge